| | |
|---|---|
| Bederson LLP<br>100 Passaic Avenue, Suite 310<br>Fairfield, NJ 07004<br>Tel. No. (973) 530-9181<br>Fax No. (862)926-2485<br>By: Charles N. Persing<br>Subchapter V Trustee | Hearing Date:   April 11, 2023<br>Time:           9:00 a.m.<br><br>Objections Due: April 4, 2023<br>Time:           5:00 p.m. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
In re                                            :    Chapter 11
                                                 :
                                                 :    Case No. 21-35911 (CGM)
NEW YORK HAND & PHYSICAL                         :
THERAPY PLLC                                     :    Subchapter V
                                                 :
              DEBTOR                             :
-------------------------------------------------------

## FIRST AND FINAL FEE APPLICATION OF CHARLES N. PERSING AS SUBCHAPTER V TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES
## FOR THE PERIOD DECEMBER 26, 2021 THROUGH MARCH 7, 2023

| | |
|---|---|
| Name of Applicant: | Charles N. Persing |
| Authorized to Provide Professional Services as: | Subchapter V Trustee |
| Date of Appointment: | December 28, 2021 |
| Period for which compensation and Reimbursement are sought: | December 26, 2021 through March 7, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $12,631.00 |
| Amount of Expense Reimbursement sought as actual, necessary and reasonable: | $   0.00 |
| Total Final Fees and Expense Approval Requested | $12,631.00 |

This is a(n): __ interim/monthly _x_ final application

## SUMMARY OF FIRST AND FINAL FEE APPLICATION
December 26, 2021 through March 7, 2023

### Compensation by Professional

| Name/Title | Experience (Years) | Rate/Hour | Hours | Total |
|---|---|---|---|---|
| Charles N. Persing Subchapter V Trustee | 30+ | $460.00 | 27.70 | $12,512.00 |
| Maritza M. Perez | 16 | 170.00 | 0.70 | 119.00 |
| | | Total | | $12,631.00 |
| | Blended Rate | $452.72 | | |

### Compensation by Project Category

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 1.50 | $690.00 |
| Avoidance Action Litigation | 0.20 | 92.00 |
| Accounting/Auditing | 1.70 | 782.00 |
| Business Operations | 2.30 | 1,058.00 |
| Claims Admin & Objections | 0.90 | 414.00 |
| Fee/Employment Applications | 3.90 | 1,591.00 |
| Meeting of Creditors, IDI, and Hearings | 7.20 | 3,312.00 |
| Plan & Disclosure Statement | 10.10 | 4,646.00 |
| Tax Issues | 0.10 | 46.00 |
| | | |
| **Total** | **27.90** | **$12,631.00** |

| | |
|---|---|
| Bederson LLP<br>100 Passaic Avenue, Suite 310<br>Fairfield, NJ 07004<br>Tel. No. (973) 530-9181<br>Fax No. (862)926-2485<br>By: Charles N. Persing<br>Subchapter V Trustee | Hearing Date:  April 11, 2023<br>Time:  9:00 a.m.<br><br>Objections Due:  April 4, 2023<br>Time:  5:00 p.m. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------

In re                                                      :     Chapter 11
                                                           :
                                                           :     Case No. 21-35911 (CGM)
NEW YORK HAND & PHYSICAL               :
THERAPY PLLC                                     :
                                                           :     Subchapter V
                                                           :
                    DEBTOR          :

---------------------------------------------------------

**FIRST AND FINAL APPLICATION OF CHARLES N. PERSING,
SUBCHAPTER V TRUSTEE FOR ALLOWANCE OF
COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES
FOR THE PERIOD DECEMBER 26, 2011 THROUGH MARCH 7, 2023**

TO:   THE HONORABLE CECELIA G. MORRIS
        UNITED STATES BANKRUPTCY JUDGE:

Charles N. Persing as Subchapter V Trustee in the captioned debtors' case ("Trustee") submits this First and final Application (the "Application"), pursuant to § 330(a) of title 11, United States Code (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for allowance of compensation for professional services performed and expenses incurred in connection with his role as Trustee and in support of the Application, respectfully represents:

**RELIEF REQUESTED**

1.      By this Application, the Trustee seeks entry of an order authorizing the allowance

and payment of final compensation in the amount of $12,631.00 and expenses of $0.00 for the period December 26, 2021 to March 7, 2023.

## JURISDICTION AND VENUE

2. This Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§157 and 1334. This is a "core" proceeding pursuant to 28 U.S.C. §159(b). Venue of these proceedings and over this Application are proper in this district pursuant to 28 U.S.C. §§1408 and 1409.

## THE APPLICATION

3. CHARLES N. PERSING was appointed as Subchapter V Trustee in the Debtors' case pursuant to a notice of appointment dated December 28, 2021. (*See* ECF No. 3). I have attached a schedule of detailed time records, reflecting the time (Exhibit A) and expenses incurred (Exhibit B) I spent on this case.

4. Since his appointment, the Trustee has fulfilled his duties as follows:

   a. Numerous discussions with Debtor counsel and paralegal re items needed for compliance with bankruptcy code.

   b. Undertaking limited investigation concerning the Debtor's assets and analysis of business debt.

   c. Conferring Debtor's counsel, prior to the IDI regarding the background of the case, progress towards development of a plan and the plan confirmation process.

   d. Review limited documents provided for IDI.

   e. Attending both the IDI and section 341 meeting of creditors conducted by the Office of the United States Trustee.

 f. Conferring with Debtor's counsel regarding the background of the case, progress towards development of a plan and the plan confirmation process which was not started by Debtor.

 g. Monitor and maintain settlement discussions and agreements between the lender and Debtor.

 h. Attended the status conference held by the Court.

 i. Kept US Trustee Attorney and Analyst apprised of Debtor activity during case.

 j. Engage in numerous discussions with UST, and Debtor counsel re motion to dismiss and or convert.

 k. Review all case filings.

 l. Attend all hearings held by the Court.

**STATUTORY BASIS FOR RELIEF REQUESTED**

5. Bankruptcy Code §330(a)(1)(A) provides that the level of compensation that the court may award to a professional, including the subchapter V trustee, should be "reasonable compensation for actual, necessary services rendered by the . . . trustee and by any paraprofessional person employed by any such person . . . ." 11 U.S.C. §330(a)(1)(A).

6. When reviewing fee applications, courts generally use the "lodestar" approach, pursuant to which the court first establishes a reasonable hourly rate of compensation based on the value of the services provided and the cost of comparable services, and then multiplies such rate by the reasonable number of compensable hours. *See Busy Beaver*, 19 F.3d at 849, n.21. *See also, In re Drexel Burnham Lambert Group, Inc.* 133 B.R. 13, 21—22 (Bankr. S.D.N.Y. 1991) (stating courts employ lodestar approach "with the 'strong presumption' that the lodestar product is reasonable under §330") (citations omitted); *In re West End Fin. Advisors, LLC,* 2012

5

Bankr. LEXIS 3045, *12 (Bankr. S.D.N.Y. July 12, 2012) ("The rules that govern fee awards and time record keeping in bankruptcy mirror those that apply in non-bankruptcy cases. Courts outside of bankruptcy generally apply the 'lodestar' method . . . .") (citations omitted); *In re Cena's Fine Furniture, Inc.*, 109 B.R. 575, 581 (E.D.N.Y. 1990).

7.  Additionally, Bankruptcy Code §503(b) provides that, after notice and a hearing, administrative expenses can be awarded and paid including "compensation and reimbursement awarded under section 330(a)." 11 U.S.C. §503(b)(3).

8.  It is respectfully submitted that the compensation sought herein by the Trustee should be allowed based on the above standard. The rate charged is typical of other comparably skilled practitioners, and the amount of time spent was reasonable in light of the nature of the issues presented and the complexity of the Debtor's case. The services provided were both necessary and beneficial to the administration of the case and necessary for the Trustee to fulfill his duties as Trustee as required in the Bankruptcy Code.

WHEREFORE, the Trustee respectfully requests that the Court enter an order granting this Application in its entirety and for such further and different relief as is just, proper and equitable.

Dated: Fairfield, New Jersey
       March 9, 2023

                                      Respectfully submitted,

                                      *Charles N. Persing*
                                      *Subchapter V Trustee*

By: _____
     Charles N. Persing
     Bederson LLP
     100 Passaic Avenue, Suite 310
     Fairfield, New Jersey 07004

Schedule A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
In re                                                                : Chapter 11
                                                                         :
                                                                         : Case No. 21-35911 (CGM)
NEW YORK HAND & PHYSICAL                          :
THERAPY PLLC                                                 : Subchapter V
                                                                         :
                                    DEBTOR          :
-------------------------------------------------------

STATE OF NEW JERSEY            )
                                                    )
COUNTY OF ESSEX                    )

I, Charles N. Persing, hereby respectfully certify and verify as follows:

1.   I am Partner in the firm of Bederson LLP, maintaining an office at 100 Passaic Avenue, Suite 310, Fairfield, New Jersey 07004, and was appointed as the Subchapter V Trustee in the above-referenced bankruptcy case of New York Hand & Physical Therapy PLLC. ("Debtor").

2.   This affirmation and certification are being submitted pursuant to Bankruptcy Rule 2016(a), Local Rule 5070-1 of the Southern District of New York and pursuant to the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330 issued by the United States Trustee ("Guidelines"), in connection with my application ("Application") for an final fee award of compensation in the amount of $12,631.00 for professional services rendered by, as Trustee, in these proceedings for the period of month December 26, 2021 through March 7, 2023. All services for which compensation is requested were for professional services performed on behalf of the Debtor.

7

3.      The expenses incurred in the amount of $0.00 for which reimbursement is requested in this Application were reasonable, necessary and proper in furtherance of the duties and functions of me, as Trustee, and were not incurred on behalf of any other person. The expenses incurred include only ordinary and necessary costs and charges and exclude any and all charges for sustenance so as to effectively avoid charging the Debtor's Estate for luxury accommodations and meals.

4.      I am the Certifying Professional in compliance with Bankruptcy Rule 2016(a), Local Rule 5070-1 of the Southern District of New York and the Guidelines. I have read the Application and to the best of my knowledge, information and belief, formed after reasonable inquiry, the Application complies with the aforementioned Rules and Guidelines.

5.      In the Application, in providing a reimbursable service, I will not make a profit on that service, and in charging for a particular service, do not include in the amount for which reimbursement is sought, the amortization of any investment, equipment or capital outlay. In seeking reimbursement for services purchased or contracted for from a third party, I request reimbursement only for the amount billed by the third-party vendor and paid to such vendor.

Dated: March 9, 2023

                                                        _____
                                                        Charles N. Persing

## NY HAND & PHYSICAL THERAPY, PLLC

EXHIBIT A

| DESCRIPTION | DATE | ACCT | HOURS | RATES | FEES |
|---|---|---|---|---|---|
| REVIEW DOCKET AND SEND OUT CONFLICT CHECK | 12/26/2021 | CNP | 0.40 | 460.00 | 184.00 |
| FINISH REVIEW OF DOCKET AND ACCEPT CASE AND PREPARE VERIFIED STATEMENT AND SEND TO UST FOR FILING. | 12/27/2021 | CNP | 0.40 | 460.00 | 184.00 |
| SEND EMAILS TO DEBTOR COUNSEL RE CASE AND REVIEW DOCKET ITEMS | 12/28/2021 | CNP | 0.10 | 460.00 | 46.00 |
| SET UP CASE ON SOFTWARE | 12/28/2021 | CNP | 0.20 | 460.00 | 92.00 |
| CALL WITH CHEUK NG RE IDI SCHEDULING AND NAME ON VERIFIED STATEMENT | 12/29/2021 | CNP | 0.10 | 460.00 | 46.00 |
| EMAILS TO UST AUDITOR AND DEBTOR COUNSEL SETTING UP IDI AND REQUEST FOR DOCUMENTS | 12/29/2021 | CNP | 0.20 | 460.00 | 92.00 |
| CORRECT VERIFIED STATEMENT FOR REFILING | 12/30/2021 | CNP | 0.20 | 460.00 | 92.00 |
| EMAIL DEBTOR COUNSEL RE CALL TO DISCUSS CASE | 1/4/2022 | CNP | 0.10 | 460.00 | 46.00 |
| INITIAL CALL WITH DEBTORS COUNSEL RE CASE FACTS AND PLAN | 1/5/2022 | CNP | 1.00 | 460.00 | 460.00 |
| REVIEW IDI DOCUMENTS | 1/6/2022 | CNP | 0.20 | 460.00 | 92.00 |
| DOWNLOAD AND REVIEW OBJECTION TO CONTINUED USE OF CASH | 1/10/2022 | CNP | 0.20 | 460.00 | 92.00 |
| CALL TO LENDER COUNSEL KELLY GRIFFITH RE MOTION TO OBJECT TO CASH COLLATERAL AND REVIEW SAME | 1/10/2022 | CNP | 0.30 | 460.00 | 138.00 |
| REVIEW DOCKET (.3) AND CALL COUNSEL (.2) RE IDI TODAY, SEND LATEST 2 FILINGS TO UST AUDITOR AND FOLLOW UP EMAILS RE IDI | 1/13/2022 | CNP | 0.60 | 460.00 | 276.00 |
| REVIEW AND FORWARD NY UC NOTICE TO DEBTOR COUNSEL | 1/13/2022 | CNP | 0.10 | 460.00 | 46.00 |
| ATTEND IDI FOR CASE | 1/13/2022 | CNP | 0.90 | 460.00 | 414.00 |
| ATTEND 341 | 1/19/2022 | CNP | 1.70 | 460.00 | 782.00 |
| EMAIL CLAIM TO DEBTORS COUNSEL | 1/19/2022 | CNP | 0.10 | 460.00 | 46.00 |
| SEND SAMPLES OF PLANS TO DEBTOR COUNSEL | 1/19/2022 | CNP | 0.10 | 460.00 | 46.00 |
| REVIEW DOCUMENTS SENT TO UST FROM DEBTOR'S COUNSEL RE IDI AND 341 | 1/26/2022 | CNP | 0.10 | 460.00 | 46.00 |

## NY HAND & PHYSICAL THERAPY, PLLC

EXHIBIT A

| DESCRIPTION | DATE | ACCT | HOURS | RATES | FEES |
|---|---|---|---|---|---|
| CALL WITH UST TRIAL ATTORNEY RE RESULTS OF HEARING AND NEXT STEPS, MOTION TO DISMISS TO BE FILED AT DIRECTION OF COURT | 2/1/2022 | CNP | 0.10 | 460.00 | 46.00 |
| CALL WITH DEVON SALTS RE POST HEARING CALL | 2/1/2022 | CNP | 0.30 | 460.00 | 138.00 |
| PREPARE FOR AND ATTEND STATUS CONFERENCE CALL | 2/1/2022 | CNP | 1.00 | 460.00 | 460.00 |
| REVIEW DOCUMENTS AND EMAILS RELATED TO CASH COLLATERAL | 2/2/2022 | CNP | 0.30 | 460.00 | 138.00 |
| ATTEND ZOOM CALL FOR DISMISSAL HEARING - LONG CALL STARTED AT 9:00 BUT ONLY CHARGE COURT TIME TIME OUT 11:05 | 2/3/2022 | CNP | 0.30 | 460.00 | 138.00 |
| LEFT MESSAGE FOR DEVON SALTS RE STATUS OF PLAN | 2/9/2022 | CNP | 0.10 | 460.00 | 46.00 |
| DOWNLOAD AND REVIEW 3 DOCKETS; 41, 42 AND CLAIM | 2/9/2022 | CNP | 0.10 | 460.00 | 46.00 |
| CALL WITH DEVON SALTS RE PLAN AND STATUS, DISCUSS POINTS TO ADD TO PLAN | 2/16/2022 | CNP | 0.30 | 460.00 | 138.00 |
| DOWNLOAD AND REVIEW DOCKETS 43, 40, 39, 37, 36, 29, 28 | 2/20/2022 | CNP | 0.30 | 460.00 | 138.00 |
| LEFT MESSAGE WITH DEVEN SALTS RE PLAN AND NO MOR'S FILED AND POSSIBILITY CASE BEING DISMISSED | 3/15/2022 | CNP | 0.10 | 460.00 | 46.00 |
| CALL WITH TRIAL ATTORNEY RE CASE STATUS NO MOR, PLAN DUE AND NEXT STEPS (PART OF .4 CALL, BALANCE NOT CHARGED) | 3/15/2022 | CNP | 0.10 | 460.00 | 46.00 |
| EMAIL TO DEBTOR COUNSEL RE LACK OF REVIEW OF PLAN | 3/17/2022 | CNP | 0.10 | 460.00 | 46.00 |
| CALL WITH DEBTOR COUNSEL RE MOR'S PLAN AND ITEMS NEED TO AVOID CONVERSION | 3/21/2022 | CNP | 0.40 | 460.00 | 184.00 |
| 2 CALLS WITH UST TRIAL ATTORNEY RE MOTION AND HEARING TO DISCHARGE AND 2ND CALL ABOUT CALL WITH DEBTOR COUNSEL RE PLAN | 3/22/2022 | CNP | 0.20 | 460.00 | 92.00 |
| CALL WITH DEBTOR COUNSEL RE DIFFICULTY FOR PROJECTIONS AND PLAN DEVELOPMENT | 3/22/2022 | CNP | 0.30 | 460.00 | 138.00 |
| CALL WITH TRIAL ATTORNEY ALICIA LEOARD RE CASE ISSUES AND PLAN VS HER MOTION TO CONVERT | 3/29/2022 | CNP | 0.20 | 460.00 | 92.00 |
| REPLY TO COUNSEL RE CONFIRMATION DATE | 3/30/2022 | CNP | 0.10 | 460.00 | 46.00 |
| REVIEW PROPOSED SCHEDULING ORDER | 3/31/2022 | CNP | 0.10 | 460.00 | 46.00 |
| DOWNLOAD AND REVIEW 7 DOCKETS 49 TO 54 | 4/6/2022 | CNP | 0.30 | 460.00 | 138.00 |

## NY HAND & PHYSICAL THERAPY, PLLC

EXHIBIT A

| DESCRIPTION | DATE | ACCT | HOURS | RATES | FEES |
|---|---|---|---|---|---|
| DOWNLOAD AND REVIEW DOCKETS 60 TO 64 | 5/14/2022 | CNP | 0.20 | 460.00 | 92.00 |
| EXCHANGE EMAILS WITH DEBTOR COUNSEL RE MEETING | 5/17/2022 | CNP | 0.10 | 460.00 | 46.00 |
| EMAILS RE HEARING DATE AND REVIEW MOR AND SEND FOLLOW UP NOTE TO DEBTOR'S COUNSEL WITH QUESTIONS | 6/14/2022 | CNP | 0.30 | 460.00 | 138.00 |
| REVIEW LATE FILED APRIL AND MAY MORS | 6/14/2022 | CNP | 0.20 | 460.00 | 92.00 |
| REVIEW DOCKETS 67 TO 72 RE HEARING AND RELATED MATTERS | 6/15/2022 | CNP | 0.20 | 460.00 | 92.00 |
| DOWNLOAD AND REVIEW FILING FOR 20 LARGEST CREDITORS | 6/28/2022 | CNP | 0.10 | 460.00 | 46.00 |
| REVIEW FILED FORM 204 | 7/10/2022 | CNP | 0.10 | 460.00 | 46.00 |
| REVIEW AMENDED CERTIFICATION OF BALLOTS TO INCLUDE ADDITIONAL UNSECURED CREDITOR, MACKEY, BUTTS & WHALEN, LLP. | 7/11/2022 | CNP | 0.10 | 460.00 | 46.00 |
| EMAIL TO COUNSEL RE LACK OF CONTACT AND MOR'S FILED | 8/8/2022 | CNP | 0.10 | 460.00 | 46.00 |
| CALL WITH UST TRIAL ATTORNEY RE STATUS OF CASE AND NEXT STEPS | 8/9/2022 | CNP | 0.10 | 460.00 | 46.00 |
| EMAILS TO DEBTOR COUNSEL RE CONFIRMATION HEARING AND REPLY | 8/16/2022 | CNP | 0.20 | 460.00 | 92.00 |
| CALL WITH UST TRIAL ATTORNEY ALICIA LEONHARD RE DELAY OF COURT DATE | 8/17/2022 | CNP | 1.00 | 460.00 | 460.00 |
| SIGN UP FOR HEARING V E APPEARANCES | 8/17/2022 | CNP | 0.10 | 460.00 | 46.00 |
| REVIEW JUNE MOR AND EMAIL TO COUNSEL RE LACK OF REVENUE TO MEET PLAN AND EMAILS RELATED TO HEARING DATE | 8/18/2022 | CNP | 0.30 | 460.00 | 138.00 |
| REPLY FROM DEBTOR COUNSEL RE ACTIVITY AT DEBTOR | 8/19/2022 | CNP | 0.10 | 460.00 | 46.00 |
| REVIEW JULY MOR | 8/27/2022 | CNP | 0.10 | 460.00 | 46.00 |
| QUICK REVIEW OF AMENDED PLAN AND EMAILS TO COUNSEL ASKING FOR A RED LINED VERSION | 9/6/2022 | CNP | 0.20 | 460.00 | 92.00 |
| REPLY TO COUNSEL RE PLAN CHANGES AND WITHDRAW OF OBJECTION BY CREDITOR | 9/7/2022 | CNP | 0.20 | 460.00 | 92.00 |
| REPLY FROM COUNSEL RE AMENDED PLAN | 9/7/2022 | CNP | 0.10 | 460.00 | 46.00 |

**NY HAND & PHYSICAL THERAPY, PLLC**

EXHIBIT A

| DESCRIPTION | DATE | ACCT | HOURS | RATES | FEES |
|---|---|---|---|---|---|
| DOWNLOAD AND REVIEW MOR | 10/14/2022 | CNP | 0.10 | 460.00 | 46.00 |
| DOWNLOAD LETTER FOR ADJOURNMENT | 10/15/2022 | CNP | 0.10 | 460.00 | 46.00 |
| EMAIL RE NOTICE OF ADJOURNMENT TO 12/6/2022 | 10/17/2022 | CNP | 0.10 | 460.00 | 46.00 |
| EMAILS RE HEARING AND RESPONSE FROM UST RE NO ATM USAGE | 10/20/2022 | CNP | 0.20 | 460.00 | 92.00 |
| A SERIES OF EMAILS RE ISSUES WITH MOR AND NEXT STEPS | 10/20/2022 | CNP | 0.30 | 460.00 | 138.00 |
| REGISTER FOR HEARING | 11/14/2022 | CNP | 0.10 | 460.00 | 46.00 |
| DOWNLOAD AND REVIEW CLAIM | 11/22/2022 | CNP | 0.10 | 460.00 | 46.00 |
| EMAIL FROM DEBTOR COUNSEL RE ADJOURNMENT AND EMAIL TO UST RE SAME | 11/30/2022 | CNP | 0.10 | 460.00 | 46.00 |
| EMAIL TO DEBTOR COUNSEL RE EST FEES AND DID SHE SPEAK TO UST | 12/2/2022 | CNP | 0.10 | 460.00 | 46.00 |
| PREPARE FOR AND ATTEND HEARING | 12/6/2022 | CNP | 0.40 | 460.00 | 184.00 |
| EMAIL TO UST RE LACK OF RESPONSE AND OPTION TO DISMISS CASE | 12/6/2022 | CNP | 0.10 | 460.00 | 46.00 |
| REGISTER FOR COURT HEARING | 12/8/2022 | CNP | 0.10 | 460.00 | 46.00 |
| REVIEW LATE FILED MORS SEPTEMBER AND OCTOBER | 12/9/2022 | CNP | 0.20 | 460.00 | 92.00 |
| DOWNLOAD AND REVIEW MORS FILED BASED ON HEARING AND ORDER OF THE JUDGE | 12/12/2022 | CNP | 0.20 | 460.00 | 92.00 |
| DISCUSS CASE WITH UST PRIOR TO HEARING AND RECOMMEND A COURSE OF ACTION RE SAME | 12/20/2022 | CNP | 0.30 | 460.00 | 138.00 |
| REVIEW MORS AND ATTEND HEARING AND EMAILS TO DEBTOR COUNSEL AND UST AFTER HEARING | 12/20/2022 | CNP | 0.30 | 460.00 | 138.00 |
| DOWNLOAD PLAN AND EMAILS TO COUNSEL FOR REDLINED CHANGES | 1/4/2023 | CNP | 0.10 | 460.00 | 46.00 |
| REVIEW MOR DECEMBER | 1/5/2023 | CNP | 0.10 | 460.00 | 46.00 |
| REVIEW PLAN CHANGES AND MOR AND REPLY EMAILS TO DEBTOR COUNSEL | 1/5/2023 | CNP | 0.10 | 460.00 | 46.00 |
| REVIEW LATEST VERSION OF PLAN, ITEMS MISSING | 1/6/2023 | CNP | 0.20 | 460.00 | 92.00 |
| DOWNLOAD AND REVIEW AMENDED PLAN FROM COUNSEL | 1/6/2023 | CNP | 0.20 | 460.00 | 92.00 |

**NY HAND & PHYSICAL THERAPY, PLLC**

EXHIBIT A

| DESCRIPTION | DATE | ACCT | HOURS | RATES | FEES |
|---|---|---|---|---|---|
| DOWN LOAD AND REVIEW DOCKETS 106 AND 105 RE OBJECTIONS TO PLAN | 1/7/2023 | CNP | 0.20 | 460.00 | 92.00 |
| EMAIL TO COUNSELS RE OBJECTION AND MY OFFER TO ASSIST IN A RESOLUTION | 1/7/2023 | CNP | 0.10 | 460.00 | 46.00 |
| EMAIL FROM CREDITOR COUNSEL AND EMAIL TO DEBTOR COUNSEL RE ITEMS OF CONTROVERSY | 1/9/2023 | CNP | 0.10 | 460.00 | 46.00 |
| REPLY FROM CREDITOR COUNSEL RE PLAN CHANGE | 1/10/2023 | CNP | 0.10 | 460.00 | 46.00 |
| EMAILS TO DEBTOR COUNSEL RE VERSION OF PLAN BY OBJECTING CREDITOR COUNSEL | 1/11/2023 | CNP | 0.10 | 460.00 | 46.00 |
| DOWNLOAD AND REVIEW DEBTOR'S THIRD PLAN OF REORGANIZATION | 1/12/2023 | CNP | 0.20 | 460.00 | 92.00 |
| REVIEW THIRD PLAN AND RELATED DOCUMENTS | 1/13/2023 | CNP | 0.30 | 460.00 | 138.00 |
| REGISTER FOR HEARING | 1/16/2023 | CNP | 0.10 | 460.00 | 46.00 |
| DOWN LOAD AND REVIEW CREDITOR LETTER REMOVING OBJECTION | 1/16/2023 | CNP | 0.10 | 460.00 | 46.00 |
| DOWNLOAD AND REVIEW SUPPLEMENTAL SCHEDULING ORDER SETTING PLAN CONFIRMATION HEARING AND RELATED DEADLINES AND APPROVING THE FORM OF BALLOT | 1/21/2023 | CNP | 0.10 | 460.00 | 46.00 |
| REVIEW CHANGE OF HEARING DATE AND EMAIL TO COUNSEL AND REVIEW 4 DOCKET ENTRIES 111 TO 114 | 1/28/2023 | CNP | 0.20 | 460.00 | 92.00 |
| CALL WITH UST ATTORNEY ALISHIA LEONHARD RE DISMISSAL | 1/30/2023 | CNP | 0.30 | 460.00 | 138.00 |
| CALL WITH DEBTOR LAWYER RE DISMISSAL AND CALL WITH UST, SEVERAL FOLLOW UP EMAILS | 1/30/2023 | CNP | 0.40 | 460.00 | 184.00 |
| RESPOND TO DEBTOR COUNSEL RE CHANGE OF DATE FOR HEARING | 1/30/2023 | CNP | 0.10 | 460.00 | 46.00 |
| DEVELOP A FORM OF A 5 YEAR DISPOSABLE INCOME PROJECTION FOR COUNSEL TO USE TO CONSTRUCT PLAN | 1/30/2023 | CNP | 0.50 | 460.00 | 230.00 |
| CALL WITH DEBTOR COUNSEL RE UST NOT APPROVING EXTENSION | 1/30/2023 | CNP | 0.60 | 460.00 | 276.00 |
| DOWNLOAD REVIEW DOCKET 116 | 1/31/2023 | CNP | 0.10 | 460.00 | 46.00 |
| DOWNLOAD AND REVIEW MOR | 2/13/2023 | CNP | 0.10 | 460.00 | 46.00 |

## NY HAND & PHYSICAL THERAPY, PLLC

EXHIBIT A

| DESCRIPTION | DATE | ACCT | HOURS | RATES | FEES |
|---|---|---|---|---|---|
| REVIEW DISPOSABLE INCOME AND SEND DEBTOR COUNSEL MY COMMENTS | 2/13/2023 | CNP | 0.50 | 460.00 | 230.00 |
| FOLLOW UP EMAIL FROM DEBTOR COUNSEL RE DISPOSABLE INCOME | 2/16/2023 | CNP | 0.10 | 460.00 | 46.00 |
| CALL WITH UST RE CASE ISSUES | 2/28/2023 | CNP | 0.30 | 460.00 | 138.00 |
| REVIEW EMAILS FORM DEBTOR COUNSEL AND REPLY RE CHANGE OF DISPOSABLE INCOME CALCULATION AND DELAY ADVISED DEBTOR COUNSEL UST MAY NOT APPROVE DELAY | 3/3/2023 | CNP | 0.10 | 460.00 | 46.00 |
| EMAILS RE HEARING ZOOM | 3/6/2023 | CNP | 0.10 | 460.00 | 46.00 |
| PREPARE FOR AND ATTEND HEARING | 3/7/2023 | CNP | 0.40 | 460.00 | 184.00 |
| PREPARE FEE APPLICATION | 3/7/2023 | MMP | 0.70 | 170.00 | 119.00 |
| REVIEW AND FINALIZE FEE APPLICATION AND SIGN | 3/7/2023 | CNP | 1.00 | 460.00 | 460.00 |
| **PRE FEE APPLICATION** | | | 25.90 | 452.16 | 11,711.00 |
| **ADDITIONAL WORK** | | | | | |
| PREPARE FOR AND ATTEND FEE APPLICATION HEARING | ESTIMATE | CNP | 1.00 | 460.00 | 460.00 |
| ADDITIONAL SERVICES TO CLOSE CASE | ESTIMATE | CNP | 1.00 | 460.00 | 460.00 |
| **POST FEE APPLICATION TIME** | | | 2.00 | 460.00 | 920.00 |
| **GRAND TOTAL** | | | 27.90 | 452.72 | 12,631.00 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION

---

In re:

New York Hand & Physical Therapy PLLC,

Debtor.

Case No.: 21-35911-cgm
Chapter 11, Subchapter V

---

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

Charles Persing
347 Mount Pleasant Ave
West Orange NJ 07052
cpersing@bederson.com
973-530-9181

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated:  Albany, New York
       December 27, 2021

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE
FOR REGION 2

/s/ Lisa M. Penpraze
Lisa M. Penpraze
Assistant United States Trustee
Leo W. O'Brien Federal Building
11A Clinton Ave., Room 620
Albany, New York 12207
(518) 434-4553
(518) 434-4459 (fax)
lisa.penpraze@usdoj.gov

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re:<br><br>NY Hand and Physical Therapy, PLLC<br><br>Debtor | Chapter 11<br><br>Case No. 21-35911(LGB) |
|---|---|

## VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a)   am not a creditor, equity security holder or insider of the debtor;

(b)   am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c)   do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

My current hourly rate is $460 per hour, subject to an annual adjustment, which is my rate on all my cases and for all clients, and is subject to yearly adjustment. I will endeavor to arrive at an agreement with the debtor early in this case which takes into consideration the debtor's financial condition and which may result in a lower hourly realization rate at the conclusion of this case. Any such alternative agreement will be disclosed contemporaneously to the Office of the United States Trustee, and will be fully detailed in my fee application.

I will be compensated subject to court approval pursuant to 11 U.S.C. § 330. In addition, I will also be seeking reimbursement for any actual and necessary expenses I incur.

Dated:   December 27, 2021                                        By: _____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

| | |
|---|---|
| In re | Chapter 11 |
| NEW YORK HAND & PHYSICAL THERAPY PLLC | Case No. 21-35911 (CGM) |
| | (Subchapter V) |
| Debtor | |

-------------------------------------------------------

### ORDER GRANTING APPLICATION FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the Application for Allowance of Final Compensation and Reimbursement of Expenses (the "Application") for professional services rendered and expenses incurred by the Subchapter V trustee in this case from December 21, 2021 through March 7, 2023; and a hearing having been held before this Court to consider the Application on March 7, 2023; and due notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to any responses therefor; and sufficient cause having been shown therefor, it is hereby

ORDERED, that the Application is granted to the extent set forth in the attached Schedules A and B.

Dated: White Plains, New York
       April __, 2023

_____
United States Bankruptcy Judge

Case No.: 21-35911 (CGM)  **CURRENT INTERIM FEE PERIOD**  Schedule A
Case Name: New York Hand & Physical Therapy PLLC 12/26/2021 TO 3/7/2023

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Charles N. Persing | | $12,631.00 | $12,631.00 | $12,631.00 | N/A | $12,631.00 | | $0.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Case No.: 21-35911 (CGM)  **FINAL FEE APPLICATION TOTALS**  **Schedule B**
Case Name: New York Hand Physical Therapy PLLC    12/26/2021 TO 3/7/2023

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Interim Expenses Requested | (5) Total Expenses Paid |
|---|---|---|---|---|
| Charles N. Persing | $12,631.00 | $12,631.00 | $0.00 | $0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DATE ON WHICH ORDER WAS SIGNED:                                              INITIALS: CGM USBJ