UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION

------------------------------------------------------- x
In re:                                                  :
                                                        :   Case No. 21-35911 (CGM)
NEW YORK HAND & PHYSICAL                                :
THERAPY PLLC,                                           :   (Chapter 11, Subchapter V)
                                                        :
                Debtor.                                 :
------------------------------------------------------- x

## UNITED STATES TRUSTEE'S FILING OF TRANSCRIPT ORDER
## RE: HEARING ON MOTION TO DISMISS OR CONVERT BANKRUPTCY CASE

Pursuant to Federal Rule of Bankruptcy Procedure ("Bankruptcy Rule") 8009(b)(3), William K. Harrington, the United States Trustee, represents as follows:

1. On March 7, 2023, the Court held an adjourned hearing ("March 7, 2023 Hearing") on the Motion to Dismiss or Convert Case Under 11 U.S.C. § 1112(b) ("Motion to Dismiss"), filed by the United States Trustee in the above-captioned chapter 11 case of New York Hand & Physical Therapy, PLLC ("Debtor").

2. On April 11, 2023, the Court held an adjourned hearing ("April 11, 2023 Hearing") on the Motion to Dismiss.

3. On April 14, 2023, the Court entered its *Memorandum Decision Conditionally Granting the United States Trustee's Motion to Dismiss*. Dkt. No. 132 ("*Memorandum Decision*").

4. On April 21, 2023, the Debtor filed a Notice of Appeal of the *Memorandum Decision*. Dkt. No. 133.

5. The Debtor has not filed a copy of a written order of the transcript of either the March 7, 2023 Hearing or the April 11, 2023 Hearing (collectively, "Transcripts"), or filed a certificate stating that it is not ordering the Transcripts. *See* Bankruptcy Rule 8009(b)(1).

1

6. Pursuant to Bankruptcy Rule 8009(b)(3), the United States Trustee, as appellee, has placed an order for the Transcripts. Attached hereto is a copy of such order.

7. The Transcript of the April 11, 2023 Hearing, ordered by another party but not yet publicly-available, is at Dkt. No. 134.

| | |
|---|---|
| Dated: New York, New York<br>May 5, 2023 | WILLIAM K. HARRINGTON<br>UNITED STATES TRUSTEE, REGION 2<br><br>By: */s/ Andrew D. Velez-Rivera*<br>Andrew D. Velez-Rivera<br>Trial Attorney<br>Alicia Leonhard<br>Trial Attorney<br>Lisa Penpraze<br>Assistant United States Trustee<br><br>Office of the U.S. Trustee<br>Leo O'Brien Federal Building<br>11A Clinton Avenue, Suite 620<br>Albany, NY 12207<br>(518) 434-4553 |

| | |
|---|---|
| **From:** | Czarniecki, Leiden Y. (USTP) |
| **To:** | Velez-Rivera, Andy (USTP) |
| **Subject:** | FW: [EXTERNAL] Re: Transcripts - In re New York Hand & Physical Therapy, PLLC, Bankr. No. 21-35911 (CGM) |
| **Date:** | Thursday, May 4, 2023 11:49:37 AM |

Andy,
Please see the below email from American Legal Transcription confirmation of the transcript order. Thank you.

*Leiden Y. Czarniecki*
*Paralegal Specialist for the Eastern District of New York*
*Office of the United States Trustee*
*Alexander Hamilton Custom House*
*One Bowling Green, Room 510*
*New York, NY 10004-1408*
*Telephone: (212) 206-6292*
*Fax: (212) 668-2255*


**From:** amlegaltranscription <amlegaltrans@aol.com>
**Sent:** Wednesday, May 3, 2023 8:55 PM
**To:** Czarniecki, Leiden Y. (USTP) <Leiden.Y.Czarniecki@usdoj.gov>
**Subject:** Re: [EXTERNAL] Re: Transcripts - In re New York Hand & Physical Therapy, PLLC, Bankr. No. 21-35911 (CGM)

Hi,

After the audio review the transcript will come under our 20 page minimum.
The minimum with the expedited cost will be $130.00 plus shipping/handling to you and to the court.
Please acknowledge receipt.
Thank you.

Mary Kate Babiarz


**AMERICAN LEGAL TRANSCRIPTION**
11 Market Street; Suite 215
Poughkeepsie, NY 12601
(845) 452-3090
(845) 452-6099 fax


On Wednesday, May 3, 2023 at 01:16:13 PM EDT, Czarniecki, Leiden Y. (USTP) <leiden.y.czarniecki@usdoj.gov> wrote:

Thank you

*Leiden Y. Czarniecki*

*Paralegal Specialist for the Eastern District of New York*

*Office of the United States Trustee*

*Alexander Hamilton Custom House*
*One Bowling Green, Room 510*
*New York, NY 10004-1408*

*Telephone: (212) 206-6292*

*Fax: (212) 668-2255*

---

**From:** amlegaltranscription <amlegaltrans@aol.com>
**Sent:** Wednesday, May 3, 2023 12:52 PM
**To:** Czarniecki, Leiden Y. (USTP) <Leiden.Y.Czarniecki@usdoj.gov>
**Subject:** [EXTERNAL] Re: Transcripts - In re New York Hand & Physical Therapy, PLLC, Bankr. No. 21-35911 (CGM)

I will put the request in for you for the date of March 7, 2023.  The date of April 11 has been transcribed and a copy can be provided to you.

Once I get the audio I'll review it and get a rate quote, so you know that we have it.

Mary Kate Babiarz

**AMERICAN LEGAL TRANSCRIPTION**

11 Market Street; Suite 215

Poughkeepsie, NY 12601

(845) 452-3090

(845) 452-6099 fax

On Wednesday, May 3, 2023 at 08:26:51 AM EDT, Czarniecki, Leiden Y. (USTP) <leiden.y.czarniecki@usdoj.gov> wrote:

Good morning, Mary,

I would like to request a transcript.  Please see the below email.  If is possible I need this transcript expedite two days.  Thank you.

*Leiden Y. Czarniecki*

*Paralegal Specialist for the Eastern District of New York*

*Office of the United States Trustee*

*Alexander Hamilton Custom House*
*One Bowling Green, Room 510*
*New York, NY 10004-1408*

*Telephone: (212) 206-6292*

*Fax: (212) 668-2255*

**From:** Velez-Rivera, Andy (USTP) <Andy.Velez-Rivera@usdoj.gov>
**Sent:** Tuesday, May 2, 2023 4:17 PM
**To:** Czarniecki, Leiden Y. (USTP) <Leiden.Y.Czarniecki@usdoj.gov>
**Subject:** Transcripts

Hi Leiden.  This is to request **two** transcripts in a case in Poughkeepsie, please.  **EXPEDITED.  AND I NEED TO FILE A COPY OF THE ORDER FOR THE TRANSCRIPTS, SO CAN YOU ALSO SEND ME THE ORDER, PLEASE?**  Thank you.

**In re New York Hand & Physical Therapy, PLLC, Bankr. No. 21-35911 (CGM)**

1. Hearing On United States Trustee's Motion to Dismiss or Convert. **March 7, 2023 (9:00 a.m.).**
2. Hearing On United States Trustee's Motion to Dismiss or Convert. **April 11, 2023 (9:00 a.m.).**

Andrew D. Velez-Rivera

Trial Attorney

U.S. Trustee's Office

Alexander Hamilton Custom House

One Bowling Green, Room 534

New York, NY 10004

(212) 510-0500