**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
355 Main Street
Poughkeepsie, NY 12601

---

| | |
|---|---|
| IN RE: New York Hand & Physical Therapy PLLC | CASE NO.: 21–35911–cgm |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 46–2846030 | CHAPTER: 11 |

---

# NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Cecelia G. Morris in this Chapter 11 case.

New York Hand & Physical Therapy PLLC was dismissed from the case on August 21, 2023 .

Dated: August 21, 2023                              Vito Genna
                                                    Clerk of the Court